United States District Court
Northern District of New York

---

**MIRZA C,**

                Plaintiff,     Case # 6:21-CV-740

vs.

**Kilolo Kijakazi**
Acting Commissioner of the    **Stipulation** - Document Filed
Social Security Administration   Electronically
                Defendant.

---

### Consent Order for Payment of Fees under the Equal Access to Justice Act

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of five thousand six hundred ninety-five dollars and seventy-four cents ($5695.74).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 19th day of September, 2022;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $5,695.74, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

_/s/ David N. Hurd_
David N. Hurd
U.S. District Judge

1